972 F.2d 1330
 Brown (David G., Susan), Frederick (Edward), Fullam (Edward,
Marie), Giraldi (Thomas, Linda), Malvestuto (Frank, Sophie),
McGrath (James), Moulder (David, Roseek), Nodiff (Lawrence,
Marylou), Strange (Jesse, Mary), Achilles (George, Nancy),
Carey (Nichael, Jr., Eileen), Carr (joseph, Jr., Lydia),
Christmas (John, Maria), Crouch (Howard, Barbara), Gimpel
(Nicholas, Rosemarie), Kramer (Richard), Leibert (Dennis,
Denise), McGarrigle (John, Margaret), Norbeck (William, Jr.,
 NO. 91-1905
 United States Court of Appeals,
Third Circuit.
 July 02, 1992
 
 Appeal From: E.D.Pa.,
 Powers, J.
 
 
 1
 AFFIRMED.